NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK GAVER,                                     )
                                                )
          Appellant,                            )
                                                )
v.                                              )          Case No. 2D17-4693
                                                )
DONNA R. GAVER,                                 )
                                                )
          Appellee.                             )
_____ )

Opinion filed August 16, 2019.

Appeal from the Circuit Court for Lee
County; Lee A. Schreiber, Judge.

Alan F. Hamisch, Naples, for Appellant.

Herman H. Tarnow and Ryan M. Tarnow
of Tarnow & Associates Family Lawyers,
PLLC, Naples, for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.